# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENCAL CAPITAL, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>NAKYSHA L. CUMMINGS, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-0375-LJO - JLT<br><br>ORDER DIRECTING DEFENDANT TO FILE A COPY OF THE COMPLAINT FILED IN KERN COUNTY SUPERIOR COURT CASE No. S-1500-CL-281295 |

Defendant Nakysha L. Cummings filed a Notice of Removal of this action, initiated by the plaintiff in Kern County Superior Court, Case No. S-1500-CL-281295. (Doc. 1.) However, Defendant failed to file a copy of the complaint with the Notice of Removal, and as such the Court is unable to determine whether it has jurisdiction over the action. Accordingly, Defendant **SHALL** file a copy of the complaint filed in Case No. S-1500-CL-281295 no later than **April 11, 2014**.

IT IS SO ORDERED.

Dated:   **April 1, 2014**             **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

1